No. 343. CITY OF ATLANTA *v.* ANGLIN ET AL.

*Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. *J. C. Mur-*

*phy* and *Henry L. Bowden* for appellant. *Welborn B. Cody* for the Board of Trustees of the Firemen's Pension Fund of Atlanta, appellee.